People v Feltz (2024 NY Slip Op 00083)

People v Feltz

2024 NY Slip Op 00083

Decided on January 10, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on January 10, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

FRANCESCA E. CONNOLLY, J.P.
CHERYL E. CHAMBERS
BARRY E. WARHIT
LAURENCE L. LOVE, JJ.

2014-10355

[*1]The People of the State of New York, respondent,
v
Ryan D. Feltz, appellant. (S.C.I. No. 181/14)

John A. Cirando, Syracuse, NY, for appellant.
Anthony P. Parisi, District Attorney, Poughkeepsie, NY (Kirsten A. Rappleyea of counsel), for respondent.

DECISION & ORDER
Appeal by the defendant from a judgment of the County Court, Dutchess County (Peter M. Forman, J.), rendered September 30, 2014, convicting him of criminal possession of a weapon in the third degree, upon his plea of guilty, and imposing sentence.
ORDERED that the judgment is affirmed.
The defendant's waiver of his right to appeal, the validity of which he does not challenge, precludes appellate review of his nonjurisdictional challenge to the charge of criminal possession of a weapon in the third degree in the superior court information (see People v Williams, 189 AD3d 1978, 1981; People v Price, 150 AD3d 1153, 1154; People v Palladino, 140 AD3d 1194, 1195).
CONNOLLY, J.P., CHAMBERS, WARHIT and LOVE, JJ., concur.
ENTER:
Darrell M. Joseph
Acting Clerk of the Court